U.S. DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CONNIE OCCHIPINTI | : | |
| | : | No. 4:17-cv-01978-MWB |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| GEISINGER SYSTEM SERVICES, | : | ELECTRONICALLY FILED |
| | : | |
| Defendant. | : | |

### DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Geisinger System Services makes the following disclosure:

(1) Is the party a non-governmental corporate party?

**Answer**: YES

(2) If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

**Answer**: Defendant's parent corporation is Geisinger Health.

(3) If the answer to Number 1 is "yes", list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation.

**Answer**: Not applicable.

       Respectfully submitted,

       *s/ Jill M. Lashay*
       Jill M. Lashay (PA79985)
       Buchanan Ingersoll & Rooney PC
       409 North Second Street
       Harrisburg, PA  17101-1357
       Phone: (717) 237-4800
       Facsimile: (717) 233-0852
       Email:  jill.lashay@bipc.com
       *Attorney for Defendant*

Dated: March 2, 2018

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and complete copy of the foregoing document was transmitted to the Court ***electronically*** for filing and for service upon the following parties this day:

Larry A. Weisberg, Esq.
Derrek W. Cummings, Esq.
Stephen T. Mahan, Jr., Esq.
McCarthy Weisberg Cummings, P.C.
2041 Herr Street
Harrisburg, PA 17103
*Attorneys for Plaintiff*

By:  *s/Krista M. Kiger*
Krista M. Kiger
Practice Assistant

Dated:  March 2, 2018