# WEISBERG CUMMINGS
A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

| | | |
|---|---|---|
| LARRY A. WEISBERG<br>DERREK W. CUMMINGS*^ | **2704 COMMERCE DRIVE, SUITE B**<br>**HARRISBURG, PENNSYLVANIA 17110** | STEPHEN T. MAHAN, JR.<br>STEPHEN P. GUNTHER |
| *CERTIFIED PUBLIC ACCOUNTANT<br>^MEMBER ARIZONA BAR | | PHONE: 717.238.5707<br>FAX:     717.233.8133 |

January 11, 2019

The Honorable Matthew W. Brann
United States District Court for the Middle District of Pennsylvania
U.S. Courthouse and Federal Office Building
240 West Third Street
Williamsport, PA 17701

    **RE:** *Occhipinti v. Geisinger Health Services*
           **Civil Action No. 4:17-cv-01978-MWB**

Dear Judge Brann:

    I am writing to advise you that the parties in this matter have reached an agreement in principle to resolve this matter, and that we are in the process of finalizing said resolution. At this time parties are in agreement that the Court may process this case as settled.

    Should you have any questions, please contact me at (717) 238-5707.

                                Respectfully submitted,

                                Weisberg Cummings, P.C.

                                */s/ Larry A. Weisberg*
                                Larry A. Weisberg, Esq.
                                2704 Commerce Drive, Suite B
                                Harrisburg, PA 17110
                                (717) 238-5707
                                (717) 233-8133 (FAX)

                                *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

     I, Larry A. Weisberg, hereby certify that the foregoing has been filed electronically and is available for viewing and downloading through the Court's Electronic Case Filing (ECF) System. Upon the electronic filing of a pleading or other document, the Court's ECF System will automatically generate and send a Notice of Electronic Filing to all Filing Users associated with that case. Transmission of the Notice of Electronic Filing constitutes service of the filed document pursuant to Standing Order No. 05-6, ¶12.2.1.

                                                      Respectfully submitted,

                                                      Weisberg Cummings, P.C.

January 11, 2019                                        /s/ Larry A. Weisberg
Date                                                                Larry A. Weisberg, Esq.
                                                                   2704 Commerce Drive, Suite B
                                                                   Harrisburg, PA 17110
                                                                   (717) 238-5707
                                                                   (717) 233-8133 (FAX)

                                                                   *Attorney for Plaintiff*