# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CONNIE OCCHIPINTI, | : | No.: 4:17-CV-01978 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| GEISINGER SYSTEM SERVICES, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 11th day of January 2019, in light of Larry A. Weisberg, Esquire's Letter to the Court indicating that the matter has settled, ECF No. 20, **IT IS HEREBY ORDERED** that this action is dismissed without costs and with prejudice to the right of either party, upon good cause shown, to reinstate the action within sixty (60) days if the settlement is not consummated.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge